UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHONG TRAN, ET AL

VERSUS

LINDA BELL THOMPSON, ET AL

CIVIL ACTION

NO. 14-263-SDD-SCR

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated June 14, 2014. Defendant, Adaptive Engineering Lab, Inc., has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Plaintiffs' Motion to Remand shall be granted. Further, under 28 U.S.C. § 1447(c), Defendant Adaptive Engineering Lab, Inc. shall pay attorney's fees, incurred as a result of the removal, in the amount of $1,000.00 to Plaintiffs within 30 days.

Baton Rouge, Louisiana, August  19 , 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA